**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

CAMERON DEJUAN DELVILLE,

Defendant.

Case No. **24-cr-00586-H**

**SUPERSEDING**

**I N F O R M A T I O N**

Title 21, U.S.C., Sec. 841(a)(1) - Distribution of Methamphetamine; Title 21, U.S.C., Sec. 853 - Criminal Forfeiture

The United States Attorney charges:

Count 1

On or about February 24, 2024, within the Southern District of California, defendant CAMERON DEJUAN DELVILLE, did knowingly and intentionally possess, with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

FORFEITURE ALLEGATIONS

The allegation contained in Count 1 is realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

1. Upon conviction of the felony offense alleged in Count 1 of this Superseding Information, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United

States Code, Section 853(a)(1) and 853(a)(2), defendant CAMERON DEJUAN DELVILLE shall, upon conviction, forfeit to the United States all rights, title, and interest in any and all property constituting, or derived from, any proceeds Defendant obtained, directly or indirectly, as the result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 1 of this Superseding Information. The property to be forfeited includes, but is not limited to: an unserialized "P-80" Glock-style 9mm privately made firearm loaded with (10) rounds of Sig Sauer Brandon 9mm Luger ammunition, (21) rounds of Cia Brazileria de Caruchos (CBC) 9mm Luger ammunition, miscellaneous firearm magazines and holster, and approximately $1,398.00 in United States currency.

2. If any of the above-described forfeitable property, as a result of any act or omission of the defendant CAMERON DEJUAN DELVILLE a.cannot be located upon the exercise of due diligence; b. has been transferred or sold to, or deposited with, a third party; c. has been placed beyond the jurisdiction of the Court; d. has been substantially diminished in value; or e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant

up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

TARA K. MCGRATH
United States Attorney

By: ____________________
BRANDON J. KIMURA
Assistant U.S. Attorney

DATED: 2/24/25.